**No. 10-5839. Luther Wayne Smith, Petitioner v. United States.**

562 U.S. 1268, 131 S. Ct. 1598, 179 L. Ed. 2d 496, 2011 U.S. LEXIS 1908.

March 7, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Pepper v. United States, 562 U.S. 476, 131 S. Ct. 1229, 179 L. Ed. 2d 196 (2011).

Same case below, 370 Fed. Appx. 59.

**No. 10-5860. Robert Mann, Petitioner v. United States.**

562 U.S. 1268, 131 S. Ct. 1598, 179 L. Ed. 2d 496, 2011 U.S. LEXIS 2032.

March 7, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Henderson v. Shinseki, 562 U.S. 428, 131 S. Ct. 1197, 179 L. Ed. 2d 159 (2011).

Same case below, 373 Fed. Appx. 350.

**No. 10-935. Kenneth L. Smith, Petitioner v. Clarence Thomas, Associate Justice, Supreme Court of the United States, et al.**

562 U.S. 1267, 131 S. Ct. 1614, 179 L. Ed. 2d 496, 2011 U.S. LEXIS 1992.

March 7, 2011. Petition for writ of certiorari to the United States Court Appeals for the District of Columbia Circuit. Because the Court lacks a quorum, 28 U.S.C. § 1, and since the only qualified Justice is of the opinion that the case cannot be heard and determined at the next Term of Court, the judgment is affirmed under 28 U.S.C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court." The Chief Justice, Justice Scalia, Justice Kennedy, Justice Thomas, Justice Ginsburg, Justice Breyer, Justice Alito, and Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 383 Fed. Appx. 8.

**No. 10-8262. Alvin Harvey, Petitioner v. Louisiana.**

562 U.S. 1268, 131 S. Ct. 1610, 179 L. Ed. 2d 496, 2011 U.S. LEXIS 2083.

March 7, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Louisiana dismissed. See Rule 39.8.

Same case below, 38 So. 3d 316.